UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY WATSON, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. _____ |
| JASPER ORMOND, ET AL. | ) |
|       Defendant. | ) |

NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant respectfully notifies the Court as follows:

1.  Defendant Court Services and Offender Supervision Agency (CSOSA) is named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.05-0005202, entitled Watson v. Ormond, et al..

2.  The above-entitled action was filed on July 7, 2005, and copies of the Summons and Complaint were received by the Office of the United States Attorney on September 30, 2005. Copies of the Summons and Complaint are attached hereto as Exhibit A.

3.  This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

Michael J. Hoare
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W., Suite 710
Washington, DC 20005

on this ____ day of October, 2005.

_____
BENTON G. PETERSON
Assistant U.S. Attorney