UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY WATSON,<br>6404 9th Street, N.W.<br>Washington, D.C. 20012<br><br>      Plaintiff,<br><br>      v.<br><br>JASPER ORMOND, ET AL.<br>633 Indiana Avenue, N.W.<br>Washington, D.C. 20001<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1988 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**

Defendants respectfully move this Court for an enlargement of time, through and including December 12, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Federal Defendants' response is currently due on December 5, 2005.

2. Federal Defendants have begun preparation of a dispositive motion. Defendants had expected to have the motion completed, but undersigned counsel has encountered unexpected complications in an upcoming trial ( Ouzts v. Hantman, No. 03-1275 (JR)), has had to prepare for depositions in several other matters (including Robinson et al. v. USA, No. 05-00116 (GK); Tillery v. Billington, No. 05-0873 (ESH); White v. Potter 04-0624 (GK)) and in addition, has recently learned that agency counsel assigned to this matter will leave the agency permanently, and as a consequence has to transfer this matter to other agency counsel.

3. Federal Defendants therefore request an enlargement of time of seven (7) days within

which to answer, move or otherwise respond to the Complaint, through and including December 12, 2005.

4. Granting this enlargement will not require the rescheduling of any other matters.

5. This is the first enlargement of time sought for this deadline.

6. Counsel for plaintiff has been contacted and does not object to this extension of time.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Dated: December 2, 2005