UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY WATSON, )<br>6404 9th Street, N.W. )<br>Washington, D.C. 20012 )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>JASPER ORMOND, )<br>633 Indiana Avenue, N.W. )<br>Washington, DC 20001 )<br>   )<br>   and )<br>   )<br>CHRISTINE KEELS, )<br>633 Indiana Avenue, N.W. )<br>Washington, DC 20001 )<br>   )<br>   Defendants. ) | Civil Action No. 05 1988<br><br>Judge Friedman |

**JOINT MEETING REPORT AND PROPOSED DISCOVERY PLAN**

**A.**

Pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3, after correspondence between counsel, a telephone conference was held on December 7, 2005 involving attorney Michael J. Hoare for Plaintiff Jeffrey Watson and attorney Benton G. Peterson for Defendants Ormand and Keels. The following matters were discussed:

   1.   **Status of the Case**

The case was removed from the Superior Court for the District of Columbia on/about October 7, 2005. Defendants have not filed an Answer or otherwise moved with respect to Rule

12 F.R.Civ.P. Thus, issue has not been joined and Plaintiff reports the following with that reservation. Defendant takes the position that this case will be resolved by dispositive motion.

**2.       Dispositive Motions**

There is no dispositive motion pending.   Plaintiff may file a motion for partial summary judgment on particular issues.  Defendant takes the position that this case will be resolved by dispositive motion.

**3.       Joinder of Parties/Amended Pleadings**

The parties do not anticipate joining additional parties or amending the pleadings.

**4.       Assignment to a Magistrate Judge**

The parties do not agree to trial before a United States Magistrate Judge.

**5.       Settlement**

The parties agree that settlement cannot be evaluated at this time.

**6.       Alternative Dispute Resolution**

The parties agree that ADR may be helpful at the conclusion of discovery and that mediation is their preferred form of ADR.

**7.       Summary Judgment/Motions to Dismiss**

The parties agree that potentially dispositive motions will be filed, if at all, by August 1, 2006 with any oppositions to be filed by September 5, 2006 (with any replies due September 20, 2006. )

**8.  Initial Disclosures**

The parties agree to exchange the disclosures required by Rule 26(a)(1), F. R. Civ. P. no later than February 3, 2006 (February 17, 2006).

9. **Discovery Plan**

**Plaintiff proposes:**

All discovery shall be commenced in time to be completed by July 10, 2006.

Each party may serve upon the other as many as thirty (30) Interrogatories.

Each party may serve upon the other unlimited Requests for Admissions.

Each party may serve upon the other unlimited Requests for Production.

Each side, without leave of Court, may take as many as ten (10) depositions, each of which shall be limited to seven (7) hours of testimony unless extended by agreement of the parties.

Defendant Proposes:

That each shall have available the types and amounts of discovery provided for under the Federal Rules of Civil Procedure.

10. **Expert Witnesses**

Plaintiff shall designate experts by April 14, 2006.

Defendant's shall designate experts by May 12, 2006.

Plaintiff shall designate rebuttal experts by June 12, 2006

Defendant does not agree to "rebuttal" experts.

11. **Class Actions**

Not applicable.

12. **Bifurcation**

The parties agree that bifurcation is not appropriate in this case.

**13.    Pre-Trial Conference**

The parties anticipate that this case will be ready for Pre-Trial Conference in November 2006.

**14.    Trial Date**

The parties agree that a firm trial date should be set at the first scheduling conference.

Respectfully submitted,

/s/_____
Michael J. Hoare [D.C. Bar #206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W., Suite 710
Washington, D.C.  20005
202.408.7901
202.408.7903 (Fax)
mjh@michaeljhoare.com
Attorney for Plaintiff

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov