UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY WATSON,<br>6404 9th Street, N.W.<br>Washington, D.C. 20012<br><br>            Plaintiff,<br><br>      v.<br><br>JASPER ORMOND, ET AL.<br>633 Indiana Avenue, N.W.<br>Washington, D.C. 20001<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1988 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

UPON CONSIDERATION of the Defendants' Motion To Dismiss for the reasons set forth in the supporting memorandum, and based upon the entire record in this matter, it is by the Court this _____ day of _____, 2005, hereby

ORDERED that the defendants' motion be and hereby is granted; and it is

FURTHER ORDERED that the this action be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE