UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY WATSON, | ) |
| Plaintiff, | ) Civil Action No. 05 1988 |
| v. | ) Judge Friedman |
| JASPER ORMOND, et al., | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, JEFFREY WATSON, hereby voluntarily dismisses this action with prejudice. This notice is filed before service by the adverse party of an answer or a motion for summary judgment.

Respectfully submitted,

_/s/ Michael Hoare_
Michael J. Hoare [D.C. Bar #206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W., Suite 710
Washington, D.C. 20005
202.408.7901
202.408.7903 (Fax)
mjh@michaeljhoare.com
Attorney for Plaintiff